UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

FIRST BLACK AMERICAN PRESIDENT,

        Petitioner,               Case No. 1:12cv437

v.                                          Hon. Robert J. Jonker

INTERACT OF KALAMAZOO, et al.,

        Respondent.

_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on March 29, 2013.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

    **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 29, 2013, is approved and adopted as the opinion of the court.

    **IT IS ORDERED** that defendants' unopposed motions to dismiss (docket ##7, 10) are **GRANTED**.

    **IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED**.

                                                      /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE

DATED:  April 19, 2013.